Rec'd 7/25/17

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ JUL 25 2017 ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

NATALY DEYNEKO, on behalf of herself and all others similarly situated,

           Plaintiffs,

-against-

SOLOMON & SOLOMON P.C.

           Defendant.

Case No. 1:17-cv-02424-SJ-RER

**NOTICE OF VOLUNTARY DISMISSAL**

**IT IS HEREBY STIPULATED AND AGREED** to by Plaintiff and Plaintiff's attorneys, that the above-entitled action against Defendants shall be and hereby is dismissed with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Brooklyn, New York
            June 2, 2017

SO ORDERED
on this 24 day of July 2017
/s/ USDJ STERLING JOHNSON, JR.
STERLING JOHNSON, JR.. SENIOR U.S.D.J.

Respectfully submitted,

By: /s/ Daniel Cohen
Daniel Cohen, Esq.
Daniel Cohen, PLLC
300 Cadman Plaza W, 12th floor
Brooklyn, New York 11201
Phone: (646) 645-8482
Fax:    (347) 665-1545
Email: Dan@dccohen.com
*Attorneys for Plaintiff*